Opinion issued September 30, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00548-CR

———————————

JAMES
LEARTHY WARE, Appellant

V.

The State of
Texas, Appellee



 



 

On
Appeal from the 232nd District Court

Harris
County, Texas



Trial
Court Case No. 1196364

 



MEMORANDUM OPINION

          On September 14, 2010, appellant
filed a motion to dismiss the above referenced appeal.  The motion complies with the Texas Rules of
Appellate Procedure.  See Tex.
R. App. P. 42.2(a).

 

We have not yet issued
a decision.  Accordingly, the motion is granted and the appeal is dismissed.

We deny any pending
motions as moot.

The Clerk is directed to issue mandate within 10 days of the
date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Jennings, Alcala, and Sharp.

Do not publish. 
 Tex. R. App. P. 47.2(b).